**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

HENRY COLEMAN, JR.                                                    PLAINTIFF

V.                                       CIVIL ACTION No. 1:23-CV-00094-GHD-DAS

BAPTIST MEMORIAL HOSPITAL—GOLDEN
TRIANGLE, INC.; and JOHN DOES (1-10)                                  DEFENDANTS

## ORDER GRANTING LEAVE TO FILE UNDER SEAL

Presently before the Court is the Plaintiff, Henry Coleman, Jr.'s Motion to File Under Seal [Doc. No. 50]. Upon due consideration, the Court finds that the Motion shall be granted.

Given the nature of the subject exhibit, and that sensitive nonpublic information is contained within the exhibit, the Court finds that the Plaintiff's request meets the standard for the sealing of documents. The Court therefore finds that, consistent with the requirements of Uniform Local Civil Rule 79, which governs the process for the sealing of court records, the subject exhibit shall be sealed as restricted from public access.

Accordingly, the Court ORDERS that the Plaintiff's motion for leave to file under seal [Doc. 50] is GRANTED; consistent with the requirements of Uniform Local Civil Rule 79, the subject exhibit is hereby to be docketed as SEALED/RESTRICTED from public access with CM/ECF access permitted solely to court personnel and the litigants' counsel.

IT IS, THEREFORE, ORDERED, that the Motion to File Under Seal [50] is hereby granted, and the Plaintiff is authorized to file the identified Exhibit "E" as sealed/restricted in support of his Response in Opposition to Motion for Summary Judgment to be filed herein.

SO ORDERED, this the ___8___ day of October, 2024.

_____
SENIOR U.S. DISTRICT JUDGE